IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GREGORY CRITES | ) | CASE NO. 1:21-cv-00763-SO |
| | ) | |
| Plaintiff, | ) | JUDGE: SOLOMON OLIVER |
| | ) | |
| v. | ) | **NOTICE OF DISMISSAL WITH** |
| | ) | **PREJUDICE** |
| CUYAHOGA VENDING CO, INC. | ) | |
| | ) | |
| Defendant | ) | |

Plaintiff Gregory Crites, by and through undersigned counsel, hereby provides notice of his dismissal of this action, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), with Plaintiff to bear his own costs.

Dated: July 19, 2021

Respectfully submitted,

**IT IS SO ORDERED.**
/s/ Solomon Oliver, Jr.
United States District Judge
7/26/2021

*/s/ Chris P. Wido*
Chris P. Wido (0090441)
**The Spitz Law Firm, LLC**
25200 Chagrin Boulevard, Suite 200
Beachwood, OH 44122
Phone: (216) 291-4744
Fax:    (216) 291-5744
Email: chris.wido@spitzlawfirm.com

*Attorneys For Plaintiff Gregory Crites*